FORM B104 (08/07)                                                                                                    2007 USBC, Central District of California

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Page 2) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Andrew Vilenchik | **DEFENDANTS**<br>Russell Kidder |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor      ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor      ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Plaintiffs damages were caused by the Defendant's fraud, intentional deceit, misrepresentation and omission not dischargeable in Bankruptcy pursuant to 11 U.S.C. 523(a)(2)(A) and/or 11 U.S.C. 523(a)(2)(B);

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

RECEIVED MAY 06 2011 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY ___ Deputy Clerk

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 10,514.00 |

Other Relief Sought

FORM B104 (08/07), page 2                                                                 2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||
|---|---|
| **NAME OF DEBTOR** <br> Russell Kidder | **BANKRUPTCY CASE NO.** <br> 2:11-bk-25322TD |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| Central | Los Angeles | Thomas Donavan |

| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** ||
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE ||

**SIGNATURE OF ATTORNEY (OR PLAINTIFF)**

[signature]

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| May 3, 2011 | Andrew Vilenchik |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

FILED
MAY 06 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Russell Kidder, | Bky. Case. No. 2:11-bk-25322-TD |
| Debtor, | Chapter 7 Case |

| | |
|---|---|
| Andrew Vilenchik, | |
| Plaintiff, | Adv. No. |
| vs. | |
| Russell Kidder, | |
| Defendant. | |

**ADVERSARY COMPLAINT TO AVOID DISCHARGE**

Plaintiff, Andrew Vilenchik. ("Vilenchik"), as and for its Complaint against Defendant Russell Kidder ("Kidder"), seeking to avoid discharge of the debtor, states and alleges as follows:

PARTIES AND JURISDICTION

1. This Complaint is filed under Bankruptcy Rule 7001(6) to determine the dischargeability of certain debts. This action arises under 11 U.S.C 523(a)(2)(A) and (B). Plaintiff request a determination that particular debts owed to Plaintiff are not dischargeable in Defendants' bankruptcy case No. 2:11-bk-25322-TD.

2. The petition commencing the above-captioned Chapter 7 case was filed on April 8, 2011. The case is now pending in this Court. The Court has jurisdiction over this adversary proceeding under 28 U.S.C § 1334 and applicable rules. This is a core proceeding under 28 U.S.C §157 (b) (2) (I).

1

3. Plaintiff Andrew Vilenchik is an individual who resides at 5747 West Broadway Avenue, Minneapolis, Minnesota.

4. Defendant Russell Kidder is an individual who resides at 1100 South Hope St #712, Los Angeles California.

## FACTUAL BACKGROUND AND ALLEGATIONS

5. In early May of 2010 Defendant Kidder induced Plaintiff to invest money into a stock of his company ACT Clean Technologies, Inc. (OTC:ACLH). Defendant Kidder falsely claimed to have a contractual relationship with British Petroleum (BP America) for supply of chemicals to be used in Gold of Mexico. Through false representations Defendant sold 168,000 shares for $9,938.85.

6. On May 25, 2010 US Securities and Exchange Commission (SEC) suspended ACLH trading as a result of investigation into falsely publicly disseminated information concerning among other things: (1) British Petrolium's purpoted expression of interest in using a so-called oil fluidizer technology purportedly licenses to ACT...; and (2) the purported results of field tests finding that the oil fluidizers are effective for use in clean up of efforts in the Golf of Mexico.

7. Given the timing of the transaction and the disclosures made by Defendant Kidder Plaintiff had no notice of the fraud and intent to deceive being pretreated by Defendant. Plaintiff relied on Defendant Kidder representation to its detriment.

8. Had Plaintiff been provided with accurate information regarding Defendant Kidders' financial condition and contractual relationships in early May 2010, Plaintiff would have never invested the money with Defendant.

9. Defendant Kidder is personally liable for the fraudulent conduct of the entities he controls and directs exclusively.

10. On October 11, 2010 a judgment against Defendant Kidder in a amount of $9,891 ruled by Fourth Judicial District Court was

11. Plaintiff has sustained damages in excess of $10,514.00 due to the actions of Defendant Kidder. These damages were caused by the Defendant's fraud, intentional deceit, misrepresentation and omission.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully request that this Court enter judgment as follows:

1. That this Court determine the debt of Defendant Kidder to Plaintiff is not dischargeable in Bankruptcy pursuant to 11 U.S.C. 523(a)(2)(A) and/or 11 U.S.C. 523(a)(2)(B);

2. That Plaintiff be awarded judgment against the Defendant in the amount of $10,514.00 together with interest, at the maximum rate allowed by law, and reasonable attorneys fees;

3. For all costs under applicable law; and

4. Such other relief as the court deems just, fair, and equitable.

Dated: ~~April 14~~ May 3, 2011

Andrew Vilenchik, Pro Se

/s/ Andrew Vilenchik
PO Box 29247
Minneapolis, MN 55429
Telephone: 612-963-2900
Facsimile: 612-466-3019

3